**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re:<br><br>Nancy Virginia Focaccia,<br><br>   Debtor. | Case No. 23-12964-mdc<br><br>Chapter 7 |
| Nancy Virginia Focaccia,<br><br>   Plaintiff,<br><br>   v.<br><br>JPMorgan Chase Bank, N.A.,<br><br>   Defendant. | Adversary No. 24-00051-mdc |

**Statement of Consent**

  Plaintiff Nancy Virginia Focaccia, by and through her counsel, hereby consents to have a U.S. Bankruptcy Judge conduct all further proceedings in this case, including a jury trial, and order the entry of final judgment.

Date: March 20, 2024

                CIBIK LAW, P.C.
                *Counsel for Plaintiff*
                  *Nancy Virginia Focaccia*

                By: /s/ MICHAEL I. ASSAD
                  Michael I. Assad (#330937)
                  1500 Walnut Street, Suite 900
                  Philadelphia, PA 19102
                  215-735-1060
                  help@cibiklaw.com