**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re: | Case No. 23-12964-mdc |
| Nancy Virginia Focaccia, | Chapter 7 |
|       Debtor. | |
| Nancy Virginia Focaccia, | Adversary No. 24-00051-mdc |
|       Plaintiff, | |
|       v. | |
| JPMorgan Chase Bank, N.A., | |
|       Defendant. | |

**Certificate of Service**

      I certify that on this date, I did cause a copy of the documents described below to be served for delivery by the United States Postal Service, via first class mail, postage prepaid, to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

      I further certify that on this date, I did cause a copy of the documents described below to be served for delivery by the United States Postal Service, via certified mail, return receipt requested, to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

- Complaint (ECF No. 1)
- Statement of Consent (ECF No. 2)
- Summons (ECF No. 3)

Date: March 21, 2024

      */s/ Michael I. Assad*
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Mailing List Exhibit**

Jamie Diamon
JP Morgan Chase Bank, N.A.
700 Kansas Lane
Mail Code LA4-7100
Monroe, LA 71203