UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy Case No.: 23-12964-amc |
| Nancy Virginia Focaccia | Judge: Hon. Ashely M. Chan |
| | Chapter 7 |
| Nancy Virginia Focaccia, | Adv. Proc. No. 24-00051-amc |
| Plaintiff, | |
| v. | |
| JPMorgan Chase Bank, N.A., | |
| Defendant. | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2024, I caused to be served the foregoing notice of appearance via CM/ECF as follows:

> Michael I. Assad, Esq.
> Cibik Law, P.C.
> 1500 Walnut Street, Suite 900
> Philadelphia, PA 19102
> *Attorneys for Plaintiffs*
> *Nancy Virginia Focaccia*

Date:   April 23, 2024

**PARKER IBRAHIM & BERG LLP**

*/s/ Fred W. Hoensch*
Fred W. Hoensch, Esq.
1635 Market Street, 11th Floor
Philadelphia, PA 19103
Telephone: (267) 908-9800
Facsimile: (267) 908-9888
E-mail: fred.hoensch@piblaw.com
*Attorneys for Defendant,*
JPMorgan Chase Bank, N.A.