UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Nancy Virginia Focaccia | Bankruptcy Case No.: 23-12964-amc<br><br>Judge: Hon. Ashely M. Chan<br><br>Chapter 7 |
| Nancy Virginia Focaccia,<br><br>        Plaintiff,<br><br>    v.<br><br>JPMorgan Chase Bank, N.A.,<br><br>        Defendant. | Adv. Proc. No. 24-00051-amc<br><br>**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO AMENDED COMPLAINT** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as counsel for Plaintiff, Nancy Virginia Focaccia, and counsel for Defendant, JPMorgan Chase Bank, N.A., that the time within which Defendant may answer, move or otherwise respond to Plaintiff's Amended Complaint is extended up to and including May 22, 2024.

Dated: April 22, 2024

| | |
|---|---|
| **CIBIK LAW, P.C.**<br>*Attorneys for Plaintiff,*<br>Nancy Virginia Focaccia | **PARKER IBRAHIM & BERG LLP**<br>*Attorneys for Defendant,*<br>JPMorgan Chase Bank, N.A. |
| */s/* Michael I. Assad<br>Michael I. Assad, Esq. | */s/ Fred W. Hoensch*<br>Fred W. Hoensch, Esq. |