**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Bankruptcy Case No.: 23-12964-amc |
| NANCY VIRGINIA FOCACCIA, | Judge: Hon. Ashely M. Chan |
| Debtor. | Chapter 7 |
| NANCY VIRGINIA FOCACCIA, | Adv. Proc. No. 24-00051-amc |
| Plaintiff, | |
| v. | |
| JPMORGAN CHASE BANK, N.A., | |
| Defendant. | |

**CORPORATE DISCLOSURE STATEMENT**
**PURSUANT TO FED. R. BANKR. P. 7007.1**

Pursuant to Fed. R. Bankr. P. 7007.1, defendant JPMorgan Chase Bank, N.A. states as follows:

Defendant JPMorgan Chase Bank, N.A. is a wholly-owned subsidiary of JPMorgan Chase & Co., which is a publicly held corporation. JPMorgan Chase & Co. does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock. However, The Vanguard Group, Inc., an investment adviser which is not a publicly held corporation, has reported that registered investment companies, other pooled investment vehicles and institutional accounts that it or its subsidiaries sponsor, manage or advise have aggregate ownership under certain regulations of 10% or more of the stock of JPMorgan Chase & Co.

JPMorgan Chase Bank, N.A. understands that under Fed. R. Bankr. P. 7007.1, it must promptly file a supplemental statement upon any change in the information that this statement requires.

Dated: April 23, 2024

**PARKER IBRAHIM & BERG LLP**

<u>*/s/ Fred W. Hoensch*</u>
Fred W. Hoensch, Esq.
1635 Market Street, 11th Floor
Philadelphia, PA 19103
Telephone: (267) 908-9800
Facsimile: (267) 908-9888
E-mail: fred.hoensch@piblaw.com
*Attorneys for Defendant,*
*JPMorgan Chase Bank, N.A.*