**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Bankruptcy Case No.: 23-12964-amc |
| NANCY VIRGINIA FOCACCIA, | Judge: Hon. Ashely M. Chan |
| Debtor. | Chapter 7 |
| NANCY VIRGINIA FOCACCIA, | Adv. Proc. No. 24-00051-amc |
| Plaintiff, | |
| v. | |
| JPMORGAN CHASE BANK, N.A., | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2024, I caused to be served the foregoing Corporate Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1 via CM/ECF as follows:

Michael I. Assad, Esq.
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
*Attorneys for Plaintiff*
*Nancy Virginia Focaccia*

Dated:  April 23, 2024                    **PARKER IBRAHIM & BERG LLP**

*/s/ Fred W. Hoensch*
Fred W. Hoensch, Esq.
1635 Market Street, 11th Floor
Philadelphia, PA 19103
Telephone: (267) 908-9800
Facsimile: (267) 908-9888
E-mail: fred.hoensch@piblaw.com
*Attorneys for Defendant,*
*JPMorgan Chase Bank, N.A.*