**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Bankruptcy Case No.: 23-12964-amc |
| NANCY VIRGINIA FOCACCIA, | Judge: Hon. Ashely M. Chan |
| Debtor. | Chapter 7 |
| NANCY VIRGINIA FOCACCIA, | Adv. Proc. No. 24-00051-amc |
| Plaintiff, | |
| v. | |
| JPMORGAN CHASE BANK, N.A., | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2024, I caused the foregoing Answer and Affirmative Defenses to be electronically served via the Court's CM/ECF system as follows:

Michael I. Assad, Esq.
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Dated:  June 26, 2024                    **PARKER IBRAHIM & BERG LLP**

*/s/ Fred W. Hoensch*
James P. Berg
Fred W. Hoensch
1635 Market Street, 11th Floor
Philadelphia, PA 19103
Telephone: (267) 908-9800
Facsimile: (267) 908-9888
james.berg@piblaw.com
fred.hoensch@piblaw.com
*Attorneys for Defendant,*
*JPMorgan Chase Bank, N.A.*