**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Bankruptcy Case No.: 23-12964-amc |
| NANCY VIRGINIA FOCACCIA, | Judge: Hon. Ashely M. Chan |
| Debtor. | Chapter 7 |
| NANCY VIRGINIA FOCACCIA, | Adv. Proc. No. 24-00051-amc |
| Plaintiff, | |
| v. | |
| JPMORGAN CHASE BANK, N.A., | |
| Defendant. | |

## STIPULATION OF DISMISSAL

Plaintiff Nancy Virginia Focaccia ("Plaintiff") and Defendant JPMorgan Chase Bank, N.A. ("Chase"), by and through their undersigned counsel, hereby stipulate and agree that this Adversary Proceeding and the claims asserted by Plaintiff herein are hereby dismissed with prejudice.

| **CIBIK LAW, P.C.** | **PARKER IBRAHIM & BERG LLP** |
|---|---|
| */s/ Michael I. Assad* | */s/ Fred W. Hoensch* |
| Michael I. Assad | James P. Berg |
| 1500 Walnut Street, Suite 900 | Fred W. Hoensch |
| Philadelphia, PA 19102 | 1635 Market Street, 11th Floor |
| Telephone: (215) 557-9001 | Philadelphia, PA 19103 |
| mike.assad@cibiklaw.com | Telephone: (267) 908-9800 |
| *Attorneys for Plaintiff,* | Facsimile: (267) 908-9888 |
| *Nancy Virginia Focaccia* | james.berg@piblaw.com |
| | fred.hoensch@piblaw.com |
| | *Attorneys for Defendant,* |
| Dated:  July 30, 2024 | *JPMorgan Chase Bank, N.A.* |
| | Dated:  July 30, 2024 |