# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy Case No.: 23-12964-amc |
| NANCY VIRGINIA FOCACCIA, | Judge: Hon. Ashely M. Chan |
| Debtor. | Chapter 7 |
| NANCY VIRGINIA FOCACCIA, | Adv. Proc. No. 24-00051-amc |
| Plaintiff, | |
| v. | |
| JPMORGAN CHASE BANK, N.A., | |
| Defendant. | |

## ORDER

**AND NOW**, this _____ day of _____, 2024, upon the Stipulation of Dismissal [ECF Doc. No. 22] by and between Plaintiff Nancy Virginia Focaccia ("Plaintiff") and Defendant JPMorgan Chase Bank, N.A., it is hereby:

**ORDERED**, that this Adversary Proceeding and the claims asserted by Plaintiff herein are hereby dismissed with prejudice.

**BY THE COURT:**

_____
Honorable Ashely M. Chan