**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>NANCY VIRGINIA FOCACCIA,<br><br>Debtor. | Bankruptcy Case No.: 23-12964-amc<br><br>Judge: Hon. Ashely M. Chan<br><br>Chapter 7 |
| NANCY VIRGINIA FOCACCIA,<br><br>Plaintiff,<br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant. | Adv. Proc. No. 24-00051-amc |

**ORDER**

**AND NOW**, this 12th day of August, 2024, upon the Stipulation of Dismissal [ECF Doc. No. 22] by and between Plaintiff Nancy Virginia Focaccia ("Plaintiff") and Defendant JPMorgan Chase Bank, N.A., it is hereby:

**ORDERED**, that this Adversary Proceeding and the claims asserted by Plaintiff herein are hereby dismissed with prejudice.

BY THE COURT:

_____
Honorable Ashely M. Chan