United States Bankruptcy Court

Eastern District of Pennsylvania

Focaccia,
    Plaintiff

JP Morgan Chase Bank, N.A.,
    Defendant

Adv. Proc. No. 24-00051-amc

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 13, 2024 | Form ID: pdf900 | Total Noticed: 6 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | | Nancy Virginia Focaccia, 919 Lakeview Ct, King of Prussa, PA 19406-1539 |
| 14877236 | + | JPMorgan Chase Bank, N.A., c/o James P. Berg, Esq., Parker Ibrahim and Berg,LLP, 1635 Market Street, 11th Floor, Philadelphia, PA 19103-2219 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 14 2024 00:04:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 14 2024 00:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Aug 14 2024 00:04:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| dft | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 14 2024 00:19:50 | JP Morgan Chase Bank, N.A., 700 Kansas Lane, Mail Code LA4-7100, Monroe, LA 71203 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2024    Signature:    /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 13, 2024 | Form ID: pdf900 | Total Noticed: 6 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2024 at the address(es) listed below:**

**Name**  **Email Address**

FRED W. HOENSCH
    on behalf of Defendant JP Morgan Chase Bank  N.A. fred.hoensch@piblaw.com, casenotifications@piblaw.com

James P. Berg
    on behalf of Defendant JP Morgan Chase Bank  N.A. james.berg@piblaw.com

MICHAEL I. ASSAD
    on behalf of Plaintiff Nancy Virginia Focaccia help@cibiklaw.com
    noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>NANCY VIRGINIA FOCACCIA,<br><br>Debtor. | Bankruptcy Case No.: 23-12964-amc<br><br>Judge: Hon. Ashely M. Chan<br><br>Chapter 7 |
| NANCY VIRGINIA FOCACCIA,<br><br>Plaintiff,<br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant. | Adv. Proc. No. 24-00051-amc |

## ORDER

AND NOW, this __12th__ day of __August__, 2024, upon the Stipulation of Dismissal [ECF Doc. No. 22] by and between Plaintiff Nancy Virginia Focaccia ("Plaintiff") and Defendant JPMorgan Chase Bank, N.A., it is hereby:

**ORDERED**, that this Adversary Proceeding and the claims asserted by Plaintiff herein are hereby dismissed with prejudice.

BY THE COURT:

_____
Honorable Ashely M. Chan